IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00332-WYD-BNB

REINER RIEZLER, and
SEVERI MED GmBH,

    Plaintiff,

v.

ROBERT H. ALLEN;
SALLY P. STABLER; and
METABOLITE LABORATORIES, INC.,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson, counsel for Plaintiffs. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: March 3, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge