IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00332-RPM-BNB

REINER RIEZLER, and
SEVERI MED GmBH,

Plaintiffs,

v.

ROBERT H. ALLEN,
SALLY P. STABLER, and
METABOLITE LABORATORIES, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the Order by the district judge [Doc. # 27, filed 4/18/2008] vacating his earlier order of reference:

IT IS ORDERED that the settlement conference set for **August 12, 2008, at 10:00 a.m.** and the pretrial conference set for **April 13, 2009, at 9:30 a.m.**, are VACATED.

DATED: April 18, 2008