**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              July 21, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 08-cv-00332-RPM

| | |
|---|---|
| REINER RIEZLER and | Edward J. Pardon |
| SEVERI MED GmBH, | Jane Michaels |
| | Jeffrey S. Ward |
| Plaintiffs, | |
| v. | |
| ROBERT H. ALLEN, | Monique M. Drake |
| SALLY P. STABLER and | |
| METABOLITE LABORATORIES, INC., | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**9:56 a.m.      Court in session.**

Plaintiff Riezler, defendants Allen and Stabler present.

Court's preliminary remarks and its comments regarding the pending motion to dismiss, Rule 56, standing and immunity.

9:59 a.m.   Mr. Pardon answers questions asked by the Court regarding OPS and its bankruptcy proceeding.

10:02 a.m.  Argument by Ms. Drake (standing).
10:12 a.m.  Argument by Mr. Pardon.

**ORDERED:   Defendants' Motion to Dismiss Amended Complaint now construed as a motion under Rule 56, filed 9/2/2008 [43], is denied based on the issue of standing.**

10:21 a.m.  Argument by Ms. Drake (immunity).

July 21, 2009
08-cv-00332-RPM

**ORDERED:**   **Defendants' Motion to Dismiss Amended Complaint now construed as a motion under Rule 56, filed 9/2/2008 [43], is denied on the issue of immunity.**

Discussion regarding discovery scheduling.

**ORDERED:**   **Additional Scheduling Conference scheduled September 11, 2009 at 10:00 a.m., counsel to submit directly to chambers a proposed scheduling order by 4:00 p.m. September 3, 2009.**

**10:33 a.m.**   **Court in recess.**

Hearing concluded.  Total time: 37 min.