IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00332-RPM

REINER RIEZLER and
SEVERI MED GmBH,

        Plaintiffs,

v.

ROBERT H. ALLEN,
SALLY P. STABLER, and
METABOLITE LABORATORIES, INC.,

        Defendants.
_____

ORDER SETTING ADDITIONAL SCHEDULING CONFERENCE
_____

Pursuant to the hearing today, it is

ORDERED that an additional scheduling conference will be held on **September 11, 2009, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 3, 2009.**

The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

DATED:    July 21st, 2009

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior Judge