IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00332-RPM-BNB

REINER RIEZLER, and SEVERI MED GmBH,

    Plaintiffs,

v.

ROBERT H. ALLEN, SALLY P. STABLER,
and METABOLITE LABORATORIES, INC.,

    Defendants.

_____

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DEADLINE FOR JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**
_____

Upon consideration of Plaintiffs' Unopposed Motion to Amend Scheduling Order to Extend the Deadline for Joinder of Parties and Amendment of Pleadings from November 2, 2009 to November 30, 2009, and having been fully advised in the premises,

IT IS HEREBY ORDERED that said motion is GRANTED.  The Scheduling Order shall be amended to reflect a new deadline of November 30, 2009 for Joinder of Parties and Amendment of Pleadings.

Dated: November 2nd , 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge