IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00332-RPM

REINER RIEZLER and
SEVERI MED GmBH,

        Plaintiffs,

v.

ROBERT H. ALLEN,
SALLY P. STABLER,
ROBERT H. ALLEN, AS TRUSTEE OF THE ROBERT H. ALLEN REVOCABLE TRUST, and
METABOLITE LABORATORIES, INC.,

        Defendants.
_____

ORDER FOR FILING SECOND AMENDED COMPLAINT
_____

        Upon considering the Plaintiffs' Motion for Leave to File Second Amended Complaint [92], filed November 30, 2009, with the proposed amendment attached, and the papers supporting and opposing that motion, it is now

        ORDERED that the motion is granted and the Second Amended Complaint tendered on November 30, 2009, is filed.

        DATED:   January 12th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior Judge