IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-332-RPM

REINER RIEZLER, and
SEVERI MED GmbH,

    Plaintiff,

vs.

ROBERT H. ALLEN,
SALLY P. STABLER, and
METABOLITE LABORATORIES, INC.,

    Defendant.

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Amend Scheduling Order Dated September 30, 2009 [115], it is:

ORDERED that Plaintiffs' Unopposed Motion to Amend Scheduling Order Dated September 30, 2009 is GRANTED, with the following due dates:

1. Initial Expert Disclosures shall be due on or before April 26, 2010.

2. Opposing Expert Disclosures shall be due on or before May 25, 2010.

3. Discovery cut-off shall be July 23, 2010.

4. Dispositive Motion Deadlines:

    a. Initial dispositive motions and supporting materials shall be due on or before August 3, 2010.

    b. Opposition briefs and supporting materials shall be due on or before August 27, 2010.

    c.       Replies shall be due on or before September 10, 2010.

Dated:   March 9th, 2010

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge