IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-332-RPM

REINER RIEZLER, and
SEVERI MED GmbH,

    Plaintiff,

vs.

ROBERT H. ALLEN,
SALLY P. STABLER, and
METABOLITE LABORATORIES, INC.,

    Defendant.

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Amend Scheduling Order [123], it is

ORDERED that said motion is GRANTED. The September 30, 2009 Scheduling Order shall be amended to reflect the following new deadlines:

    1.    Initial Expert Disclosures shall be due on or before May 14, 2010.

    2.    Opposing Expert Disclosures shall be due on or before July 2, 2010.

    3.    Discovery cut-off shall be September 10, 2010.

    4.    Dispositive Motion Deadlines:

        a.    Initial dispositive motions and supporting materials shall be due on or before September 22, 2010.

        b.    Opposition briefs and supporting materials shall be due on or before October 13, 2010.

      c.      Reply briefs shall be due on or before October 27, 2010.

DATED: April 26th, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge

08-cv-00332-RPM_Ord.wpd