IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00332-RPM

REINER RIEZLER and
SEVERI MED GmBH,

    Plaintiffs,

v.

ROBERT H. ALLEN,
SALLY P. STABLER,
ROBERT H. ALLEN, AS TRUSTEE OF THE ROBERT H. ALLEN REVOCABLE TRUST, and
METABOLITE LABORATORIES, INC.,

    Defendants.
_____

ORDER SETTING EVIDENTIARY HEARING
_____

  Pursuant to today's conference after remand, it is

  ORDERED that a two-day evidentiary hearing is scheduled for **June 7, 2010, at 9:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

  DATED:  May 11th, 2010

               BY THE COURT:

               s/Richard P. Matsch
               _____
               Richard P. Matsch, Senior Judge