IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00332-RPM

REINER RIEZLER and
SEVERI MED GmBH,

       Plaintiffs,

v.

ROBERT H. ALLEN,
SALLY P. STABLER,
and METABOLITE LABORATORIES, INC.,

       Defendants.

_____

**ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO AMEND SCHEDULING ORDER**
_____

       Upon consideration of Plaintiffs' Unopposed Motion to Amend Scheduling Order 146], filed on August 4, 2010, it is,

       ORDERED that said motion is GRANTED. The September 30, 2009 Scheduling Order shall be amended to reflect the following new deadlines:

       1.    Discovery cut-off November: 10, 2010;

       2.    Initial dispositive motion deadline: November 17, 2010;

       3.    Opposition deadline: December 8, 2010;

       4.    Reply deadline: December 22, 2010.

Dated this 6th day of August, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
United States District Judge

08-cv-00332-RPM_Ord.wpd