IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00332-RPM

REINER RIEZLER and
SEVERI MED GmBH,

       Plaintiffs,

v.

ROBERT H. ALLEN,
SALLY P. STABLER,
ROBERT H. ALLEN, AS TRUSTEE OF THE ROBERT H. ALLEN REVOCABLE TRUST, and
METABOLITE LABORATORIES, INC.,

       Defendants.

_____

ORDER ON DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER
_____

Upon review of the defendants' motion to modify scheduling order, filed October 14, 2010, it is

ORDERED that the motion is granted to permit the taking of the deposition of Plaintiff Dr. Reiner Riezler on November 12, 2010, as the parties have scheduled. Upon the assumption that the matters sought to be pursued in the further discovery in Germany may be included in the course of the expected deposition of Dr. Riezler, the remainder of the request to modify the Scheduling Order is deferred and the plaintiffs will respond to that aspect of the motion on or before November 22, 2010.

It is so ordered.

DATED: October 19th, 2010

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge