IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00332-RPM-BNB

REINER RIEZLER, and SEVERI MED GmBH,

     Plaintiffs,

v.

ROBERT H. ALLEN, SALLY P. STABLER,
ROBERT H. ALLEN, AS TRUSTEE OF
THE ROBERT H. ALLEN REVOCABLE TRUST
and METABOLITE LABORATORIES, INC.,

     Defendants.

_____

**ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**
_____

     Upon consideration of Defendants Robert H. Allen, Sally P. Stabler and Metabolite Laboratories, Inc.'s Motion to modify the Scheduling Order to Extend the Dispositive Motion Deadline [163], and good cause appearing therefor, it is

     ORDERED that Defendants' Motion is GRANTED.  The November 17, 2010 dispositive motion deadline, as well as the December 8 and 22 deadlines for the response and reply briefs, are hereby vacated.  Within one week of this Court's ruling on Defendants' October 14, 2010 motion to modify the scheduling order (Docket No. 159), the parties will meet and confer and submit a proposed schedule to the Court regarding a new dispositive motion deadline.

     Dated:  November 15th, 2010

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge