IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00332-RPM-BNB

REINER RIEZLER, and SEVERI MED GmBH,

    Plaintiffs,

v.

ROBERT H. ALLEN,
SALLY P. STABLER,
ROBERT H. ALLEN, AS TRUSTEE OF
THE ROBERT H. ALLEN REVOCABLE TRUST
and METABOLITE LABORATORIES, INC.,

    Defendants.

_____

**ORDER SETTING DISPOSITIVE MOTION SCHEDULE**
_____

    Upon consideration of the parties' Stipulated Motion to Set Dispositive Motion Schedule [176] filed today, it is

    ORDERED that said Motion is GRANTED, and the dispositive motion schedule shall be as follows:

| | |
|---|---|
| Initial dispositive motions and supporting materials: | March 25, 2011 |
| Opposition briefs and supporting materials: | April 15, 2011 |
| Replies: | April 29, 2011 |

Dated: December 14th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge