IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00332-RPM-BNB

REINER RIEZLER and SEVERI MED GmbH,

      Plaintiffs,

v.

ROBERT H. ALLEN, SALLY P. STABLER,
ROBERT H. ALLEN, AS TRUSTEE OF THE
ROBERT H. ALLEN REVOCABLE TRUST,
and METABOLITE LABORATORIES, INC.,

      Defendants.

_____

**ORDER VACATING DISPOSITIVE MOTION DEADLINE**

_____

      Upon consideration of Plaintiffs' Stipulated Motion to Modify the Scheduling Order to Vacate the Dispositive Motion Deadline, and good cause appearing therefore, it is

      ORDERED that Plaintiffs' Motion is GRANTED.  The March 25, 2011 dispositive motion deadline, as well as the April 15, 2011 and April 29, 2011 response and reply deadlines, are hereby vacated.  Within one week of the Court's ruling on Plaintiffs' March 14, 2011 motion to modify the scheduling order (Docket No. 180), the parties will meet and confer and submit a proposed schedule to the Court regarding a new dispositive motion deadline.

      Dated:  March 16th, 2011

                        BY THE COURT:
                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge