IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00332-RPM

REINER RIEZLER and SEVERI MED GmBH,

    Plaintiffs,

v.

ROBERT H. ALLEN, SALLY P. STABLER,
ROBERT H. ALLEN, AS TRUSTEE OF THE
ROBERT H. ALLEN REVOCABLE TRUST,
and METABOLITE LABORATORIES, INC.,

    Defendants.

---

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE FOR PENDING MOTIONS**

---

Upon consideration of Plaintiffs' Unopposed Motion to Modify the Briefing Schedule for Pending Motions [188], it is

ORDERED that said Motion is GRANTED:

Plaintiffs' reply brief on Plaintiffs' Motion for Modification of Scheduling Order (Docket No. 180) shall be due no later than May 2, 2011;

Plaintiffs' responsive briefs in opposition to Defendants' Motion for Sanctions and Motion *in Limine* to Exclude Testimony from Late-Disclosed Witnesses (Docket No. 186) and Defendants' Motion *in Limine* to Admit the Declaration of Oosten van de Vegte (Docket No. 187) shall be due no later than May 9, 2011.

Dated this 15th day of April, 2011.

                                                BY THE COURT:
                                                s/Richard P. Matsch

                                                _____
                                                Richard P. Matsch
                                                United States District Judge

5081375_1.DOCX