**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: June 6, 2011
Courtroom Deputy: Deborah Hansen
FTR: Kathy Terasaki

_____

Civil Action No.  08-cv-00332-RPM

| | |
|---|---|
| REINER RIEZLER and<br>SEVERI MED GmBH,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT H. ALLEN,<br>SALLY P. STABLER,<br>ROBERT H. ALLEN, AS TRUSTEE OF THE<br>ROBERT H. ALLEN REVOCABLE TRUST,<br>and METABOLITE LABORATORIES, INC.,<br><br>    Defendants. | Edward J. Pardon<br>Jane Michaels<br>Jeffrey Ward<br><br><br><br><br>Monique Drake<br>Kourtney Mueller Merrill |

_____

COURTROOM MINUTES
_____

Motions Hearing

01:52 p.m.     Court in session

Appearances

Court's comments

The following pending motions are before the Court: Doc No. 180 - Plaintiffs' Motion for Modification of Scheduling Order; Doc No. 186 - Defendants' Motion for Sanctions Under Federal Rule of Civil Procedure 37(c)(1) and Motion In Limine to Exclude Testimony From Late-Disclosed Witnesses; Doc No. 187 - Defendants' Motion In Limine to Admit Declaration of Jan Oosten Van De Vegte On Grounds of Witness Interference

Court's further comments

**ORDERED:**   Counsel are not permitted to file emails or other communications between counsel.

Argument by Mr. Pardon

Argument by Ms. Drake

Court's further comments

Ms. Drake's comments concerning summary judgment motions

**ORDERED:** Because Jobst Krauskopf refused to sign his deposition transcript under oath, his testimony will not be received in evidence at trial.

**ORDERED:** No summary judgment motions will be granted.

**ORDERED:** The Plaintiffs' Motion for Modification of Scheduling Order [Doc No.180] **IS DENIED**.

The Defendants' Motion for Sanctions Under Federal Rule of Civil Procedure 37(c)(1) and Motion In Limine to Exclude Testimony From Late-Disclosed Witnesses [Doc No. 186] **is DENIED**.

Defendants' Motion In Limine to Admit Declaration of Jan Oosten Van De Vegte On Grounds of Witness Interference [Doc No. 187] **IS DENIED**.

**ORDERED:** **A Pretrial Conference is set Friday, August 12, 2011 at 2:00 p.m.**
This case will be set for trial at the Pretrial Conference.

2:05 p.m.     Court in recess/hearing concluded.

Total in-court time: 00:13