IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00332-RPM

REINER RIEZLER and
SEVERI MED GmBH,

        Plaintiffs,

v.

ROBERT H. ALLEN,
SALLY P. STABLER,
ROBERT H. ALLEN, AS TRUSTEE OF THE ROBERT H. ALLEN REVOCABLE TRUST, and
METABOLITE LABORATORIES, INC.,

        Defendants.
_____

ORDER FOR DISMISSAL
_____

        Pursuant to the Stipulation for Dismissal with Prejudice [226] filed August 2, 2011, it is

        ORDERED that this action, including all claims and counterclaims, is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

        DATED:    August 3, 2011

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge